IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAACO ENTERPRISES, INC. | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1187 |
| | ) | |
| RICHARD GREIG and | ) | |
| MERLE I. GREIG | ) | |

## **DEMAND FOR JURY TRIAL**

Defendants, Richard Greig and Merle I. Greig, by and through their attorneys, hereby demand trial by jury pursuant to the Seventh Amendment of the United States Constitution and Federal Rule of Civil Procedure 38.

May 2, 2005                                             Respectfully submitted,

                                                        DRINKER BIDDLE & REATH LLP

                                                        _____/s/_____
                                                        Jason P. Gosselin
                                                        18th &Cherry Streets
                                                        One Logan Square
                                                        Philadelphia, PA 19103
                                                        PH: 215-988-3371
                                                        Fax: 215-988-2757

                                                        Edward A. McConwell
                                                        McCONWELL LAW OFFICES
                                                        5925 Beverly Avenue
                                                        Mission, Kansas 66202
                                                        Phone: 913-262-0605
                                                        Fax: 913-262-0652

                                                        *For Defendants Richard Greig*
                                                        *And Merle I. Greig*

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAACO ENTERPRISES, INC. | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1187 |
| | ) | |
| RICHARD GREIG and | ) | |
| MERLE I. GREIG | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

    I, Jason P. Gosselin, do hereby certify that on this date a copy of Defendants' **DEMAND FOR JURY TRIAL** has been filed electronically and is available for downloading and viewing from the ECF system.

Dated: May 2, 2005                                                         /s/
                                                                                  Jason P. Gosselin